379 A.2d 618

Commonwealth v. Workman, Appellant.

Submitted March 16, 1977. Harold N. Fitzkee, Jr., for appellant; Sheryl Ann Dorney, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.